## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                      No. 09-cv-1021 BB/SMV

CHARLES R. KOKESH,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    Tuesday, July 10, 2012 at 9:30 a.m.

**Matter to be heard**:  Update the Court on the status of the settlement negotiations

    **IT IS ORDERED** that a status conference is hereby set for Tuesday, July 10, 2012 at 9:30 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.  Parties shall be prepared to discuss the status of settlement negotiations and whether a briefing schedule will be required.

    **IT IS SO ORDERED.**

                                                                           _____
                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**