IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                          No. 09-cv-1021 RB/SMV

CHARLES R. KOKESH,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    Wednesday, October 24, 2012 at 1:30 p.m.

**Matter to be heard**:  Update the Court on the status of settlement negotiations

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Wednesday, October 24, 2012, at 1:30 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**