IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § |
| Plaintiff, | § § |
| v. | § No. 09-cv-1021 SMV/WDS |
| CHARLES R. KOKESH | § § § |
| Defendant. | § § |

### ORDER GRANTING UNOPPOSED MOTION TO AMEND PRETRIAL ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Amend Pretrial Order [Doc. 47]. The Court, having considered the Motion, being informed that it is unopposed, and being otherwise informed in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion [Doc. 47] is **GRANTED.** The Pretrial Order [Doc. 38] is **AMENDED** as follows:

1. The parties shall have until January 23, 2013, to file dispositive motions.

2. The response to any dispositive motion shall be due by February 22, 2013.

3. The reply to a response to a dispositive motion shall be due by March 15, 2013.

4. An original and three (3) copies of a party's witness list must be filed with the Clerk and served on all parties by March 31, 2013.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**