IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                          No. 09-cv-1021 SMV/ACT

CHARLES R. KOKESH,

    Defendant.

## ORDER SETTING HEARING ON MOTIONS

THIS MATTER is before the Court on a telephonic status conference, held July 24, 2013, to schedule a hearing on the parties' cross-motions for summary judgment. [Docs. 51 and 54].

**IT IS ORDERED, ADJUDGED, AND DECREED** that a hearing on the motions is set for **Friday, September 13, 2013, at 9:00 a.m.** in the Pecos Courtroom, on the third floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

**IT IS SO ORDERED**.

_____
 STEPHAN M. VIDMAR
 **United States Magistrate Judge**