IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.     No. 09-cv-1021 SMV/ACT

CHARLES R. KOKESH,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     January 6, 2014, at 1:30 p.m.

**Matter to be heard**:  Status of trial preparation and resetting of trial date to May 27, 2014.

A telephonic status conference is hereby set for **January 6, 2014, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.