IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                             No. 09-cv-1021 SMV/LAM

CHARLES R. KOKESH,

    Defendant.

### ORDER DIRECTING COUNSEL TO FILE A NEW PRETRIAL ORDER

        THIS MATTER is before the Court sua sponte.  On June 7, 2012, the Honorable Bruce D. Black, then Chief United States District Judge, entered a pretrial order in this case.  [Doc. 38].  With the Court's permission, the pretrial order was subsequently amended on October 26, 2012.  [Doc. 49].  This case is now set for trial on August 4, 2014.  [Doc. 84].  Given the amount of time that has elapsed since the original pretrial order was filed, the Court will require counsel to submit a new pretrial order.  Counsel shall use the form provided to them by chambers staff and shall update the language in the original pretrial order to accurately reflect all issues still in dispute.

        Counsel are directed to submit a new pretrial order as follows: Plaintiff(s) to Defendant(s) on or before **April 10, 2014**; Defendant(s) to Court on or before **April 25, 2014**.

        IT IS SO ORDERED.

                                                                                          _____

                                                                                  **STEPHAN M. VIDMAR**
                                                                                  **United States Magistrate Judge**
                                                                                  **Presiding by Consent**