IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                     No. 09-cv-1021 SMV/LAM

CHARLES R. KOKESH,

    Defendant.

### THIRD AMENDED ORDER SETTING JURY SELECTION AND JURY TRIAL

THIS MATTER is before the Court on a telephonic status conference held on June 3, 2014. The location and date of the trial will be moved. However, all other deadlines and settings remain in effect.

**Jury Selection and Jury Trial** will begin on **November 3, 2014, at 9:00 a.m.**, and end no later than **November 14, 2014**, in the **Tortugas Courtroom on the third floor of the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico.**

    **IT IS SO ORDERED.**

                                                           _____
                                                           **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**
                                                             **Presiding by Consent**