IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                                   No. 09-cv-1021 SMV/LAM

CHARLES R. KOKESH,

    Defendant.

## FOURTH AMENDED ORDER SETTING JURY TRIAL AND JURY SELECTION

THIS MATTER is before the Court on the parties' Joint Motion to Amend the Second Amended Order Setting Pretrial Conference, Jury Selection, and Jury Trial [Doc. 94], filed on June 27, 2014. The Court finds the motion well-taken and shall GRANT the motion.

**IT IS THEREFORE ORDERED** that the Joint Motion to Amend the Second Amended Order Setting Pretrial Conference, Jury Selection, and Jury Trial [Doc. 94] is **GRANTED.** The Second Amended Order . . . [Doc. 84] is hereby amended to reflect the following new deadlines:

| Pre-Trial Event in the Second Amended Order [Doc. 84] | Deadline in Second Amended Order [Doc. 84] | New Deadline |
|---|---|---|
| Witness lists, designations of deposition testimony, exhibit lists and books of exhibits, a statement of the case, jury instructions, and requested voir dire are due: | July 7, 2014 | September 1, 2014 |
| Any responses or objections are due: | July 14, 2014 | September 8, 2014 |
| Trial briefs are due: | July 25, 2014 | September 26, 2014 |

2

**IT IS FURTHER ORDERED** that the Pretrial Conference scheduled for July 28, 2014, in Albuquerque, is VACATED and RESET for **October 3, 2014, at 9:00 a.m.** in the **Doña Ana Courtroom, United States Courthouse at 100 N. Church St., Las Cruces, New Mexico.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**