IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                                              No. 09-cv-1021 SMV/LAM

CHARLES R. KOKESH,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    September 12, 2014, at 1:30 p.m.

**Matter to be heard**:  proposed jury instructions

A telephonic status conference is hereby set for **September 12, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.