IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.                                                                  No. 09-cv-1021 SMV/LAM

**CHARLES R. KOKESH,**

    Defendant.

## ORDER FOR EXPEDITED RESPONSE

THIS MATTER is before the Court on Defendant's Motion for Reconsideration of Order Granting Plaintiff's Motion in Limine [Doc. 122], filed on September 19, 2014. If Plaintiff wishes to respond to the motion, it must do so no later than **October 1, 2014**. Oral argument will be heard at the Pretrial Conference on October 3, 2014.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**