IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                                        No. 09-cv-1021 SMV/LAM

CHARLES R. KOKESH,

    Defendant.

## AMENDED ORDER FOR EXPEDITED RESPONSE[1]

THIS MATTER is before the Court on Defendant's Motion for Reconsideration of Order Granting Plaintiff's Motion in Limine [Doc. 122], filed on September 19, 2014. If Plaintiff wishes to respond to the motion, it must do so no later than **5:00 p.m., MDT, on October 1, 2014**. Oral argument will be heard at the Pretrial Conference on October 3, 2014.

    IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge
Presiding by Consent

---

[1] This order is amended only to reflect that the deadline for the response is *at 5:00 p.m.*, MDT, on October 1, 2014.