IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                              No. 09-cv-1021 SMV/LAM

CHARLES R. KOKESH,

    Defendant.

### ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE

THIS MATTER is before the Court on Defendant's Motion for Reconsideration of Order Granting Plaintiff's Motion in Limine [Doc. 122], filed on September 19, 2014. Plaintiff responded on September 30, 2014. [Doc. 135]. The Court heard oral argument at the pretrial conference on October 3, 2014. For the reasons stated on the record at the pretrial conference, the Court will deny the motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Reconsideration of Order Granting Plaintiff's Motion in Limine [Doc. 122] is **DENIED**. Counsel shall confer and submit a proposed limiting instruction for the Court to the give to the jury in the event that a witness or counsel inadvertently violates this Order during trial.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**