## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE
COMMISSION,

       **Plaintiff,**

v.                                                                     **No. 09-cv-1021 SMV/LAM**

CHARLES R. KOKESH,

       **Defendant.**

### ORDER SETTING EVIDENTIARY HEARING

**Date and time**:      October 24, 2014, at 9:00 a.m., MDT

**Matter to be heard**:  Authentication of certain exhibits in advance of trial.
                        *See* [Docs. 127, 139].

       **IT IS ORDERED** that an evidentiary hearing on Defendant's Amended Objections to Plaintiff's Contested Exhibit List [Doc. 127] is set for **October 24, 2014, at 9:00 a.m.**, MDT, in the Doña Ana Courtroom, on the third floor of the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico.

       **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**