IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                      Civil No.1:09-cv-1021-SMV-LAM

CHARLES R. KOKESH,

    Defendant.

### ORDER ON DEFENDANT'S AMENDED OBJECTIONS TO PLAINTIFF'S CONTESTED EXHIBIT LIST

Before the Court is Defendant's Amended Objections to Plaintiff's Exhibit List [Doc. 127], and Plaintiff's Response thereto [Doc. 129]. The Court heard oral argument on October 3, 2014, and issued a Tentative Ruling ("Tentative Ruling") [Doc. 139] on October 7, 2014. On October 9, 2014, the parties notified the Court that, after conferring, both parties accept the Court's Tentative Ruling.

Therefore, it is HEREBY ORDERED:

Having been authenticated, the following numbered exhibits currently on Plaintiff's Contested Exhibit List are admitted into evidence:

394-407, 409-411, 416-419, 420, 422-424, 428, 429.1, 432-437, 444, 449, 451, 458, 459, 472, 482, 485, 486, 488, 489, 492-522, 523-548, and 565-580.

It is HEREBY FURTHER ORDERED that Defendant's objections to these exhibits (i.e., authenticity and hearsay) will be preserved.

It is HEREBY FURTHER ORDERED that on or before October 20, 2014, the parties shall file a Final Stipulated Exhibit List reflecting the exhibits which are stipulated and/or which have been otherwise admitted by the Court, and a Final Contested Exhibit List reflecting the

exhibits for which objections remain.

Dated: __October 20, 2014_____          _____
                                          STEPHAN M. VIDMAR
                                          United States Magistrate Judge
                                          Presiding by Consent

Submitted by:

_E-mail on 10/15/2014_____
Timothy S. McCole
United States Securities and Exchange Commission
Fort Worth Regional Office
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Phone:  (817) 978-6453
Fax:    (817) 978-4927


Approved by:

__*Telephone on 10/20/2014*_____
Clinton W. Marrs
Marrs Law, Ltd.
1000 Gold Avenue SW
Albuquerque, NM 87102
505-433-3926
Fax: 505-639-4161