FILED
U.S. DISTRICT COURT
DISTRICT OF NEW M...

2014 NOV -7 PM 3: 27

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                               No. 09-cv-1021 SMV/LAM

CHARLES R. KOKESH,

    Defendant.

REDACTED

## VERDICT FORM

1. Do you find, by a preponderance of the evidence, that Defendant Charles R. Kokesh aided and abetted violations of Section 206(1) of the Investment Advisers Act?

   ✓ Yes        _____ No

2. Do you find, by a preponderance of the evidence, that Defendant Charles R. Kokesh aided and abetted violations of Section 206(2) of the Investment Advisers Act?

   ✓ Yes        _____ No

3. Do you find, by a preponderance of the evidence, that Defendant Charles R. Kokesh aided and abetted violations of Section 13(a) of the Exchange Act and Exchange Act Rules 12b-20, 13a-1, and 13a-13?

   ✓ Yes        _____ No

4. Do you find, by a preponderance of the evidence, that Defendant Charles R. Kokesh aided and abetted violations of Section 14(a) of the Exchange Act and Exchange Act Rule 14a-9?

   ✓
   _____          _____
   Yes                      No

5. Do you find, by a preponderance of the evidence, that Defendant Charles R. Kokesh violated Section 37 of the Investment Company Act?

   ✓
   _____          _____
   Yes                      No

6. Do you find, by a preponderance of the evidence, that Defendant Charles R. Kokesh aided and abetted violations of Section 205(a) of the Investment Advisers Act?

   ✓
   _____          _____
   Yes                      No

Please sign and date the Verdict Form.

_11-7-2014_____          _[signature]_____
Date                       Signature of Foreperson