IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Case No.: 1:09-cv-1021-SMV-WDS

| | |
|---|---|
| SECURITIES AND EXCHANGE ) | |
| COMMISSION, ) | |
|  ) | |
|    Plaintiff/Appellee, ) | |
|  ) | |
| v. ) | NOTICE OF APPEAL |
|  ) | |
| CHARLES R. KOKESH ) | |
|  ) | |
|    Defendant/Appellant. ) | |

Notice is hereby given that Charles R. Kokesh, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the following:

1. Order Denying Defendant's Motion for Summary Judgment, entered September 13, 2013 [Doc. 75];

2. Order Granting Plaintiff's Motion in Limine, entered July 21, 2014 [Doc. 98];

3. Order Denying Defendant's Motion for Reconsideration of Order Granting Plaintiff's Motion in Limine, entered October 6, 2014 [Doc. 138];

4. Tentative Ruling on Defendant's Amended Objections to Plaintiff's Contested Exhibit List, entered October 7, 2014 [Doc. 139];

5. Order Overruling Defendant's Objections to Plaintiff's Slides for Opening Statement, entered November 3, 2014 [Doc. 160];

6. Order Granting Plaintiff's Motion for Entry of Final Judgment, entered March 30, 2015 [Doc. 184]; and

7. Final Judgment entered in this action on March 30, 2015 [Doc. 185].

Counsel of record for Mr. Kokesh in the above named case files this notice of appeal for the limited purpose of preserving Mr. Kokesh's right of appeal. On appeal to the Tenth Circuit Court of Appeals, Mr. Kokesh presently intends to proceed pro se in that court.

    Respectfully submitted,

    MARRS GRIEBEL LAW, LTD.

    By   /s/  Clinton W. Marrs
        Clinton W. Marrs
        1000 Gold Ave, SW
        Albuquerque, NM 87102
        Telephone: (505) 433-3926
        clinton@marrslegal.com,
        *Attorneys for Charles R. Kokesh*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 29, 2015, I electronically filed the foregoing document with the Clerk of the Court for the District of New Mexico, by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

  Timothy S. McCole
  United States Securities and Exchange Comm'n
  Email: McColeT@SEC.gov

          /s/Clinton W. Marrs
          *Counsel for Defendant Charles R. Kokesh*