**IN THE UNITED STATES DISTRICT COURT**
**FOR THE  DISTRICT OF NEW MEXICO**

_____

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE,** | § |
| **COMMISSION** | § |
|  | § |
|  | § |
|     **Plaintiff,** | § |
| **v.** | §   **Civil Case No.:1:09-cv-1021 SMV-LAM** |
|  | § |
| **CHARLES R. KOKESH** | § |
|  | § |
|     **Defendant.** | § |
| | § |

_____

### SCHEDULING ORDER

Before the Court is the parties' stipulated briefing schedule for a motion by the Plaintiff

concerning monetary relief.  The Court finds the parties' stipulation well taken.

Accordingly, it is hereby **ORDERED**:

1.     Plaintiff's motion concerning monetary relief shall be due by September 4, 2018.

2.     Defendant's response shall be due by September 18, 2018.

3.     Plaintiff's reply shall be due October 2, 2018.


July   _19_  , 2018          _____

                                      STEPHAN M. VIDMAR
                                      United States Magistrate Judge

Stipulated as to form and content, entry requested.

s/Timothy S. McCole_____
TIMOTHY S. McCOLE
Mississippi Bar No. 10628
United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102
Telephone: (817) 978-6453
Fax: (817) 978-4927
Email: McColeT@sec.gov
Attorney for Plaintiff

s/Clinton W. Marrs_____
CLINTON W. MARRS
Marrs Griebel Law, Ltd.
1000 Gold Avenue SW
Albuquerque, New Mexico 87102
Phone: (505) 433-3926
Fax: (505) 639-4161
Email:  Clinton@marrslegal.com
Attorney for Defendant